(104 So. 774)

Ex parte Alonzo JONES. (6 Div. 257.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.
See, also, ante, p. 390, 104 So. 773.

Gray & Powell, of Jasper, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Alonzo Jones for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Jones v. State, 20 Ala. App. 660, 104 So. 771.

Petition dismissed for noncompliance with amended rule 42, 198 Ala. xiv (rule 44, Code 1923, vol. 4, p. 894).

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.